UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Denise Barrera, <br><br> Plaintiff, <br> v. <br><br> RPS Worldwide, Inc.; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 3:09-cv-01945-SRU |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: June 14, 2010

Respectfully submitted,

PLAINTIFF, Denise Barrera

/s/ Sergei Lemberg

Sergei Lemberg, Esq.
Bar No.: 425027
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
jburton@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By:  /s/ Sergei Lemberg

Sergei Lemberg, Esq.